[No. 43254-1-I.    Division One.    May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN EUGENE BUNDRIGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05385-6, James A. Doerty, J. Pro Tem., and Michael J. Trickey, J., entered August 19, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43555-8-I.    Division One.    May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. P.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05066-9, Carlos Y. Velategui, J. Pro Tem., entered September 29, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43613-9-I.    Division One.    May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03640-2, Michael J. Trickey and Patricia Hall Clark, JJ., entered October 21, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 44148-5-I.    Division One.    May 15, 2000.]

NORA L. WILLIAMS, *Appellant*, v. SARAH TEEPLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-2-00877-2, John M. Meyer, J., entered January 8, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Ellington, J.